IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DYLAN JORDAN FLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-20-0842-HE |
| ) | |
| TURN KEY HEALTH PROVIDER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Dylan Jordan Floyd, a state pretrial detainee appearing *pro se* and *in forma pauperis*, filed this § 1983 action alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. Judge Purcell has issued a Report and Recommendation recommending that defendant Turn Key Health Clinics, LLC's ("Turn Key") motion to dismiss be granted and a Supplemental Report and Recommendation recommending that the Logan County Detention Center defendants' ("LCDC defendants") motion for summary judgment also be granted.

The Report and Supplemental Report advised plaintiff of his right to object on or before May 24, 2021. Plaintiff has not objected to the Report or Supplemental Report thereby waiving his right to appellate review of the factual and legal issues they addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #28]. Turn Key's Motion to Dismiss [Doc. #13] is **GRANTED**, the claims against Turn Key are

dismissed without prejudice. The court also **ADOPTS** the Supplemental Report and Recommendation [Doc. #29]. The LCDC defendants' Motion for Summary Judgment [Doc. #20] is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 8th day of June, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE